UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-cv-00713-FDW-DCK

| | |
|---|---|
| SUSAN L. LAMAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| U.S. FEDERAL GOVERNMENT, ET AL., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court sua sponte following the denial of Plaintiff Susan L. Lamar's Application to Proceed in District Court Without Prepaying Fees or Costs, (Doc. No. 2), i.e. motion to proceed in forma pauperis. In the Court's Order denying Plaintiff's Application, (Doc. No. 3), the Court directed that Plaintiff must pay the requisite filing fee by 4:30 P.M. on December 3, 2012, or her case would be dismissed. As of December 4, 2012, Plaintiff has not paid the fee. Therefore, in accordance with the Court's prior Order, Plaintiff's case is DISMISSED.

IT IS SO ORDERED.

Signed: December 4, 2012

Frank D. Whitney
United States District Judge