# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Susan L. Lamar ,

    Plaintiff(s),          JUDGMENT IN A CIVIL CASE

vs.          3:12-cv-00713-FDW-DCK

US Federal Government , et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/4/2012 Order.

Signed: December 5, 2012

Frank G. Johns, Clerk
United States District Court